UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **BENJAMIN BRAKE,** | 3:14-cv-00866-MC |
| Plaintiff, | |
| vs. | |
| **MICHAEL J. ASTRUE,** **COMMISSIONER of Social Security,** | ORDER FOR EAJA FEES |
| Defendant. | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $5321.68 shall be awarded to Plaintiff, unless there is an allowable offset under the Department of the Treasury's Offset Program. See *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). There are no costs or expenses.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Richard A. Sly, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

///

///

Any check for EAJA fees should be mailed to Plaintiff's attorney as follows:

**Richard A. Sly**
**Law Office of Evans & Evans**
**610 SW Broadway, Suite 405**
**Portland Oregon 97205**

DATED this **16** day of July, 2015.

HON. ~~MARK D. CLARKE~~ Michael J. McShane
UNITED STATES ~~MAGISTRATE~~ District JUDGE

Presented by:
/s/ Linda Ziskin
**LINDA ZISKIN,** OSB # 011067
(503) 889-0472
Of Attorneys for Plaintiff